```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      S1 20Cr0052 (DLC)
                                        :
          -v-                           :      ORDER
                                        :
EDGAR MONTES,                           :
               Defendant.               :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At a conference held by CourtCall on July 27, 2020, the Court accepted the appearance of retained counsel Cesar de Castro. Accordingly, it is hereby

ORDERED that the Clerk of Court shall terminate the appearance of C.J.A. counsel James Roth.

Dated:     New York, New York
           July 27, 2020

                              _____
                                      DENISE COTE
                              United States District Judge