UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr52-13(DLC)
                                         :
            -v-                          :    ORDER
                                         :
EDGAR MONTES,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

The Court having been informed that defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea is scheduled to occur on **May 19, 2021** at **11:00 AM.** The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **May 13, 2021:**

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated: New York, New York
May 5, 2021

_____
DENISE COTE
United States District Judge